**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13–cv–01947–REB–KMT

ADAM STREGE,

     Plaintiff,

v.

MCDONALDS,
WELLS FARGO BANK,
TRIVIS, INC.,
JAN STREGE DEUTCHMAN, and
DALE STREGE,

     Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

     The matter before is the **Recommendation of United States Magistrate Judge** [#23],[1] filed September 10, 2013. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the magistrate judge's recommended disposition, I find and conclude

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#23], filed September 10, 2013, is **APPROVED AND ADOPTED** as orders of this court;

2. That plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the duly issued orders of the court and Fed. R. Civ. P. 8 and D.C.COLO.LCivR 8.1A.;

3. That judgment without prejudice **SHALL ENTER** on behalf of defendants, McDonalds; Wells Fargo Bank; Trivis, Inc.; Jan Strege Deutchman; and Dale Strege, against plaintiff, Adam Strege, on all claims for relief and causes of action; and

4. That this case is **DISMISSED**.

Dated November 4, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge