IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13–cv–01947–REB–KMT

ADAM STREGE,

    Plaintiff,

v.

MCDONALDS,
WELLS FARGO BANK,
TRIVIS, INC.,
JAN STREGE DEUTCHMAN, and
DALE STREGE,

    Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of United States Magistrate Judge** [#30] entered by Judge Robert E. Blackburn on November 4, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#23], filed September 10, 2013, is **APPROVED AND ADOPTED** as order of this court;

2. That plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the duly issued orders of the court and Fed. R. Civ. P. 8 and D.C.COLO.LCivR 8.1A.;

3. That judgment without prejudice **SHALL ENTER** on behalf of defendants,

McDonalds; Wells Fargo Bank; Trivis, Inc.; Jan Strege Deutchman; and Dale Strege, against plaintiff, Adam Strege, on all claims for relief and causes of action; and

    4. That this case is **DISMISSED**.

DATED at Denver, Colorado, this 5th day of November, 2013.

                         FOR THE COURT:

                         Jeffrey P. Colwell, Clerk

                         By: s/Kathleen Finney
                                  Kathleen Finney
                                  Deputy Clerk